

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00193-CV

_____

JOSE MANUEL LOMELI JR., Appellant

V.

JULIE KRISTINE LOMELI, Appellee

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-620231-17

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Jose Manuel Lomeli Jr. attempts to appeal from a judgment that was signed on May 10, 2017. No postjudgment motion was filed to extend the appellate deadline, so the notice of appeal was due on June 9, 2017, *see* Tex. R. App. P. 26.1, but was filed in our court on May 8, 2020.

We notified Appellant of our concern that we lacked jurisdiction over the appeal because the notice of appeal was not timely filed. We stated that unless Appellant or any party desiring to continue the appeal filed a response showing grounds to continue the appeal, we would dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 26.1, 42.3(a), 44.3.

Appellant filed a response, but it does not show grounds for continuing the appeal. Therefore, we dismiss the appeal for want of jurisdiction. *See, e.g.*, *In re D.A.*, No. 02-15-00346-CV, 2015 WL 9244637, at *1 (Tex. App.—Fort Worth Dec. 17, 2015, no pet.) (mem. op.) ("The time for filing a notice of appeal is jurisdictional in this court, and absent a timely-filed notice of appeal or extension request, we must dismiss the appeal."); *see also* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: July 30, 2020

2